**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mohamed Abo Ali, | Case No. 25-cv-2065 |
| **Plaintiff,** | |
| v. | [Proposed] Civil Case Discovery Plan and Scheduling Order |
| American University of Antigua, Inc., | |
| and | |
| Manipal Education Americas, LLC. | |
| **Defendants.** | |

[Proposed] Order

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation

with Plaintiff (pro-se) and counsel for Defendant, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.    All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2.    This case is to be tried to a jury.

3.    Joinder of additional parties must be accomplished by May 15, 2026.

4.    Amended pleadings may be filed until May 15, 2026, Defendant shall have two weeks from the date of service of the Amended pleadings to respond to Amended pleadings.

5.    Interrogatories shall be served no later than June 30, 2026, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall apply to this case.

6.    First request for production of documents, if any, shall be served no later than June 30, 2026.

1

7. Non-expert depositions shall be completed by November 25, 2026.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than August 15, 2026.

9. Requests to Admit, if any, shall be served no later than September 30, 2026.

10. Expert reports shall be served no later than September 30, 2026.

11. Rebuttal expert reports shall be served no later than October 30, 2026.

12. Expert depositions shall be completed by November 16, 2026.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** November 30, 2026.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Sarah Netburn.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for ~~November 20, 2026~~ December 1, 2026 at 11:00am.

2

IT IS SO ORDERED on this _____4th_____ day of _____May_____ 2026

_____
Edgardo Ramos, U.S. District Judge